IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
GARY CULVER,                    )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        1:21cv729-MHT
                                )             (WO)
JASON SMOAK, at al.,            )
                                )
     Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to obey a court order to maintain a current service address.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of January, 2022.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE